1   John P. Massicot
    Silvestre & Massicot
2   3914 Canal St.
    New Orleans, Louisiana 70119
3   (504) 482-3400 Phone
    (504) 488-6082 Fax
4   Attorneys for Plaintiffs
5
6
7                           UNITED STATES DISTRICT COURT
8                        NORTHERN DISTRICT OF CALIFORNIA
9                              SAN FRANCISCO DIVISION
10
11  IN RE: BEXTRA AND CELEBREX
    MARKETING SALES PRACTICES AND            MDL NO. 1699
12  PRODUCT LIABILITY LITIGATION             District Judge: Charles R. Breyer
13  This Document Relates To:
14  Howel Slaughter, Jr.
15  individually and as the representative of the   STIPULATION AND ORDER OF
    estate of Helen McDonald Pardue and Scott      DISMISSAL WITH PREJUDICE
16  Slaugher v. Pfizer Inc.
    06-CV-05883
17
18
19          Come now Plaintiffs in the above-entitled actions and Defendants, by and through the
20  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
21  stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with
22  each side bearing its own attorneys' fees and costs.
23
24
25          DATED: December 30, 2009       By: _____
26                                         Silvestre & Massicot
27                                         3914 Canal St.
                                           New Orleans, Louisiana 70119
28
                                           -1-

    STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
    EAST\42626994.1

1
(504) 482-3400 Phone
(504) 488-6082 Fax

2
*Attorneys for Plaintiffs*

3

4
DATED: Jan. 26, 2010   By: _____

5

6
**DLA PIPER LLP (US)**
1251 Avenue of the Americas

7
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

8

9
*Defendants' Liaison Counsel*

10

11
**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

12

13
Dated: FEB 2 2 2010

14
Hon. Charles R. Breyer
United States District Court

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42626994.1